**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEESHA WILLIS, | Case No. 1:18-cv-03508 |
| Plaintiff, | |
| v. | Honorable Charles P. Kocoras |
| PROFESSIONAL ACCOUNT SERVICES INC., | Honorable Daniel G. Martin<br>Magistrate Judge |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Plaintiff, KEESHA WILLIS, hereby notifies the Court that Plaintiff and Defendant, PROFESSIONAL ACCOUNT SERVICES INC., have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

August 20, 2018                                   Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Keesha Willis*